512 A.2d 1185

**Esther P. JOHNSON and William D. Johnson**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY and City of Philadelphia, Petitioners.**

Supreme Court of Pennsylvania.

July 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 94 E.D. Appeal Docket 1986.